**Opinion issued September 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00698-CV

————————————

## IN RE YOUNG HWANG AND VIC K-INTERNATIONAL CORPORATION, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Young Hwang and Vic K-International Corporation, filed a petition for writ of mandamus challenging the trial court's "oral ruling on May 9, 2024, partially granting [r]elators' objections and motion to strike jury demand" of real party in interest, Minjeong Kim.[1] Relators further challenge the trial court's denial

---

[1] The underlying case is *Young Hwang and Vic K-International Corp. v. Minjeong Kim*, Cause No. 21-DCV-284317, in the 240th District Court of Fort Bend County, Texas, the Honorable Surrendran K. Patel presiding.

of their motion for reconsideration of the oral ruling regarding their objections and motion to strike jury demand, which relators state was memorialized by the trial court in an August 27, 2024 notation on the trial court's docket sheet. Relators' mandamus petition requests that this Court "issue a writ of mandamus directing [the trial court] to vacate [its] rulings of May 9, 2024 and August 27, 2024, [and to] require that the trial of all claims and causes of action in the underlying cause be tried to the bench."

In connection with their petition for writ of mandamus, relators filed a "Motion for Emergency Stay of Underlying Case Pending Writ of Manda[mus]." In their motion, relators requested that the Court stay the underlying trial court proceedings, specifically the September 24, 2024 trial setting. On September 18, 2024, the Court denied relators' "Motion for Emergency Stay of Underlying Case Pending Writ of Manda[mus]."

The Court denies relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Goodman and Guerra.